UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHRISTOPHER WILLIAMS
and
JORDAN WILLIAMS,

        Plaintiffs,

v.                                                     Case No. 26-cv-36

RYAN ELKIN
and
HAILEY RAUTENAN,

        Defendants.

## DEFENDANTS' NOTICE OF REMOVAL

TO:    Christopher Williams
          Jordan Williams
          c/o Law Offices of Benske, Gatzke, McFadden & Rose
          Attorney John D. Gatzke
          15730 West National Avenue
          New Berlin, WI 53151-0742

      PLEASE TAKE NOTICE that Defendants Ryan Elkin and Hailey Rautanen (incorrectly identified in the caption and Complaint as "Hailey Rautenan"), by their undersigned attorneys, petition for removal of the above-entitled action and state as follows:

      1.    On November 17, 2025, Plaintiffs Christopher Williams and Jordan Williams filed a Complaint in the Circuit Court of Waukesha County, Case No. 2025CV002214, against Defendants Ryan Elkin and Hailey Rautanen.

      2.    Attached as <u>Exhibit 1</u> is a true and correct copy of the Summons and Complaint filed in Waukesha County Case No. 2025CV002214.

      3.    Defendants were served with the Summons and Complaint on December 11, 2025.

4. The law firm of Axley LLP, by Attorneys Kathy Sawyer Gutenkunst and Danielle Baudhuin Tierney, has been retained to represent the Defendants in all proceedings relating to Waukesha County Case No. 2025CV002214.

5. In the Complaint now pending in Waukesha County Case No. 2025CV002214, Plaintiff asserts four claims for relief arising under Wisconsin law: breach of contract, intentional misrepresentation, misrepresentation in violation of Wis. Stat. § 895.446 and § 943.20(1)(d), and misrepresentation in violation of Wis. Stat. § 100.18. If a plaintiff proves a violation of Wis. Stat. § 943.20(1)(d), they may recover actual damages, all costs of investigation and litigation that were reasonable incurred, and as exemplary damages of not more than 3 times their actual damages. *See* Wis. Stat. § 895.446(1), (3). If a plaintiff proves a violation of Wis. Stat. § 100.18, they may recover twice their pecuniary loss and reasonable attorney's fees. Wis. Stat. § 100.20(5).

6. In pre-suit communications between counsel, Plaintiffs' counsel informed Defendants' counsel that Plaintiffs claimed to have incurred damages totaling $68,000.00. *See Oshana v. Coca-Cola Co.*, 472 F.3d 506, 511 (7th Cir. 2006) ("good-faith estimate of the stakes is acceptable").

7. As a result of the allegations in the Complaint and information provided by Plaintiffs' counsel, Waukesha County Case No. 2025CV002214 is a civil action in which the United States District Court for the Eastern District of Wisconsin has original subject matter jurisdiction pursuant to 28 U.S.C. § 1332, in that the case is between citizens of different states and the amount in controversy exceeds the sum or value or $75,000. *See Dock Seafood New Albany, Inc. v. Merch. Warehouse Inc.,* No. 4:25-CV-00005-TWP-KMB, 2025 WL 3067628, at *3 (S.D. Ind. July 24, 2025)*, report and recommendation adopted sub nom. DOCK SEAFOOD NEW ALBANY, INC., Plaintiff, v. MERCHANT WAREHOUSE INCORPORATED, JOSEPH*

2

*RIGNEY, Defendants.,* No. 4:25-CV-00005-TWP-KMB, 2025 WL 3067625 (S.D. Ind. Aug. 8, 2025) (treble damages and attorney fees included for calculation of amount in controversy); *see also Oshana v. Coca-Cola Co.,* 472 F.3d at 512 (same).

8. Removal of this action is timely in that less than thirty (30) days have passed since the Defendants were served a copy of the Complaint first asserting a claim subject to removal. *See* 28 U.S.C. § 1446(b).

9. All Defendants consent to the removal of this action from Waukesha County Circuit Court to the United States District Court for the Eastern District of Wisconsin.

10. By copy of this Notice, Defendants have given notice to Plaintiffs and will promptly file a copy of this Notice of the Removal with the Clerk of Circuit Court for Waukesha County as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants Ryan Elkin and Hailey Rautanen (incorrectly identified in the caption and Complaint as "Hailey Rautenen") respectfully request that Waukesha County Case No. 2025CV002214 be removed from the Circuit Court, Waukesha County, State of Wisconsin to the United States District Court for the Eastern District of Wisconsin, for trial and determination.

Dated this 8th day of January, 2026.

                         AXLEY LLP

                         *s/ Danielle Baudhuin Tierney*
                         Kathyrn Sawyer Gutenkunst, SBN: 1000329
                         Danielle Baudhuin Tierney, SBN: 1096371
                         Attorneys for Defendants
                         P.O. Box 1767
                         Madison, WI 53701-1767
                         Telephone: (608) 257-5661
                         ksg@axley.com / dtierney@axley.com